IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEREMY LANE DYKES, SR.                                                                 PLAINTIFF

v.                              Civil No. 2:24-cv-02058-TLB-MEF

OFFICER DUTTON, *et. al.*                                                            DEFENDANTS

**ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is the filing of Plaintiff's second Supplement to his Complaint. (ECF No. 15).

The Clerk is DIRECTED to STRIKE Plaintiff's Second Supplement. (ECF No. 15). Plaintiff is advised that he may not randomly supplement and add facts or claims to his Complaint at any time throughout the case. Instead, his claims and the factual allegations supporting them must be contained in a single Complaint. If Plaintiff believes he needs to amend his Complaint, he is free to do so by filing a Motion to Amend his Complaint. This motion must be submitted in compliance with Local Rule 5.5(e), or the motion will be denied. Any proposed amended complaint attached to such a motion must be submitted on the court-approved prisoner complaint form for this District. The Clerk is DIRECTED to send Plaintiff another copy of the Prisoner Litigation Guide for Plaintiff's review.

IT IS SO ORDERED this 7th day of November 2024.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE