IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JEREMY LANE DYKES, SR.**                                            **PLAINTIFF**

V.                          **CASE NO. 2:24-CV-2058**

**JESSICA HENRY, et al.**                                              **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 37) filed in this case on March 12, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and this case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

**IT IS SO ORDERED** on this 1st day of April, 2025.

                                                   */s/ Timothy L. Brooks*
                                                   TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE